UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>JAIME CISNEROS,<br><br>              Defendant. | No. 2:20-CR-00198-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release JAIME CISNEROS;

Case No. 2:20-CR-00198-KJM, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $

                    ___ Unsecured Appearance Bond

                    ___ Appearance Bond with 10% Deposit

                    ___ Appearance Bond with Surety

                    ___ Corporate Surety Bail Bond

    _X_ (Other): <u>Time Served</u>.

Issued at Sacramento, California on   4/24/23  , at   9:57 a.m.  

                                                                   Kimberly J. Mueller<br>
                                                                   United States District Judge